Robert L. Leffingwell, and F. E. Leffingwell, copartners, appellees, v. Orlando Noble et al., appellants. Gen. No. 29,186.

Assumpsit to recover commissions as real estate broker. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Delbert A. Clithero, for appellants. Landon & Holt, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Lee R. McCullough, appellee, v. Wilcor-Wyman-O'Rourke Company, appellant. Gen. No. 29,200.

Action upon contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 20, 1924.

Victor I. Ohrenstein, for appellant. Cavender & Milchrist, for appellee; Herbert P. Fuhrmann, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Julius Auerbach, appellant, v. Nannie J. Auerbach, appellee. Gen. No. 29,206.

Bill for divorce. Order for temporary alimony and solicitor's fees. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Louis L. Cohen, for appellant. Gottlieb, Schwartz & Markheim, for appellee; Ulysses S. Schwartz and Franklin R. Overmyer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Sophia A. Hansen, executrix of the estate of Carl Hansen, deceased, appellee, v. The Auto Exchange, Inc., appellant. Gen. No. 29,213.

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Prichard, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Maxwell Landis, for appellant. Zillman & Krinker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.